UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Travis Singleton,

    Plaintiff,

        v.                      Case No.   1:23cv550

Warren Correctional Institution,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 17, 2023 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 3) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 3) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, this case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and will not be reinstated to the Court's active docket despite payment of the filing fee*. In re Prison Litigation Reform Act,* 105 F.3d 1131. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the R&R (Doc. 3) an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

1

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court